UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | \| | CASE NO. 06-30803 HCD |
| KWADWO ASAFO-AGYEI OKRAH, | \| | |
| Debtor. | \| | CHAPTER 7 |

**TRUSTEE'S FINAL ACCOUNT AND**
**MOTION FOR CLOSING AND DISCHARGE**

Gary D. Boyn, Trustee of the estate of the above-named Debtor, certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

**DATED:**   July 10, 2008

/s/ Gary D. Boyn, Trustee
Gary D. Boyn, Trustee
121 W. Franklin St., Suite 400
Elkhart, IN  46516
(574) 294-7491
gdbt@warrickandboyn.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: | CASE NO. 06-30803 HCD
KWADWO ASAFO-AGYEI OKRAH, |
| CHAPTER 7
Debtor. |

## CHAPTER 7 ASSET CASE SUMMARY OF FINAL ACCOUNT

| | | |
|---|---|---|
| $ 3,981.94 | 1. | TOTAL RECEIPTS |
| | | **FEES AND EXPENSES** |
| $ 995.24 | 2. | TRUSTEE COMPENSATION |
| $ 0.00 | 3. | ATTORNEY FOR TRUSTEE FEE |
| $ 0.00 | 4. | OUTSIDE ATTORNEY FEE |
| $ 105.67 | 5. | TRUSTEE EXPENSES |
| $ 0.00 | 6. | OTHER PROFESSIONAL FEES AND EXPENSES |
| $ 250.00 | 7. | ADMINISTRATIVE COSTS |

TOTAL OF 4-7 $355.67

**DISTRIBUTION**

| | | |
|---|---|---|
| $ 0.00 | 8. | SECURED CREDITORS |
| $ 0.00 | 9. | PRIORITY CREDITORS |
| $ 2,631.03 | 10. | UNSECURED CREDITORS |
| $ 0.00 | 11. | EQUITY SECURITY HOLDERS |
| $ 0.00 | 12. | PAYMENTS TO DEBTOR(S) |
| $ 0.00 | 13. | OTHER DISTRIBUTIONS |
| $ 3,981.94 | 14. | TOTAL DISBURSEMENTS |

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-30803 HCD  
**Case Name:** OKRAH, KWADWO ASAFO-AGYEI  
**Taxpayer ID #:** 13-7577899  
**Period Ending:** 07/10/08  

**Trustee:** GARY D. BOYN (340170)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $73,815,850.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/07 | {1} | Kwadwo Okrah | '06 tax refund | 1224-000 | 3,971.58 | | 3,971.58 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.35 | | 3,971.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.33 | | 3,974.26 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.06 | | 3,976.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.02 | | 3,978.34 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.81 | | 3,980.15 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.81 | | 3,980.96 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.73 | | 3,981.69 |
| 04/15/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 0.25 | | 3,981.94 |
| 04/15/08 | | To Account #********5566 | TRANSFER FUNDS TO GENERAL ACCOUNT FOR FINAL REPORT AND PROPOSED DISTRIBUTIONS. | 9999-000 | | 3,981.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,981.94 | 3,981.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,981.94 | |
| | | | **Subtotal** | | 3,981.94 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,981.94** | **$0.00** | |

{} Asset reference(s)

Printed: 07/10/2008 03:24 PM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-30803 HCD | | Trustee: | GARY D. BOYN (340170) |
|---|---|---|---|---|
| Case Name: | OKRAH, KWADWO ASAFO-AGYEI | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****55-66 - Checking Account |
| Taxpayer ID #: | 13-7577899 | | Blanket Bond: | $73,815,850.00 (per case limit) |
| Period Ending: | 07/10/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/08 | | From Account #********5565 | TRANSFER FUNDS TO GENERAL ACCOUNT FOR FINAL REPORT AND PROPOSED DISTRIBUTIONS. | 9999-000 | 3,981.94 | | 3,981.94 |
| 05/27/08 | 101 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 3,731.94 |
| 05/27/08 | 102 | City of South Bend | Dividend paid 100.00% on $726.00; Claim# 2; Filed: $726.00; Reference: 3080<br>Voided on 06/05/08 | 7100-000 | | 726.00 | 3,005.94 |
| 05/27/08 | 103 | First Franklin Loan Services | Dividend paid   3.86% on $49,244.52; Claim# 3; Filed: $49,244.52; Reference:<br>Voided on 06/09/08 | 7200-000 | | 1,905.03 | 1,100.91 |
| 05/27/08 | 104 | GARY D. BOYN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,100.91 | 0.00 |
| | | | Dividend paid 100.00%         995.24 on $995.24;  Claim# GDBT; Filed: $995.24 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         105.67 on $105.67;  Claim# GDBT; Filed: $105.67 | 2200-000 | | | 0.00 |
| 06/05/08 | 102 | City of South Bend | Dividend paid 100.00% on $726.00; Claim# 2; Filed: $726.00; Reference: 3080<br>Voided: check issued on 05/27/08 | 7100-000 | | -726.00 | 726.00 |
| 06/05/08 | 105 | City of South Bend | Ref # 3080 | 7100-000 | | 171.50 | 554.50 |
| 06/09/08 | 103 | First Franklin Loan Services | Dividend paid   3.86% on $49,244.52; Claim# | 7200-000 | | -1,905.03 | 2,459.53 |
| | | | Subtotals : | | **$3,981.94** | **$1,522.41** | |

{} Asset reference(s)

Printed: 07/10/2008 03:24 PM    V.10.03

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-30803 HCD | Trustee: | GARY D. BOYN (340170) |
|---|---|---|---|
| Case Name: | OKRAH, KWADWO ASAFO-AGYEI | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****55-66 - Checking Account |
| Taxpayer ID #: | 13-7577899 | Blanket Bond: | $73,815,850.00 (per case limit) |
| Period Ending: | 07/10/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 3; Filed: $49,244.52; Reference: Voided: check issued on 05/27/08 | | | | |
| 06/23/08 | 106 | Clerk, U.S. Bankruptcy Court | unclaimed funds - Claimant 3 | 7200-000 | | 2,459.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,981.94 | 3,981.94 | $0.00 |
| | | | Less: Bank Transfers | | 3,981.94 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,981.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,981.94** | |

Net Receipts :       3,981.94
Net Estate :         $3,981.94

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****55-65** | 3,981.94 | 0.00 | 0.00 |
| **Checking # ***-*****55-66** | 0.00 | 3,981.94 | 0.00 |
| | $3,981.94 | $3,981.94 | $0.00 |

{} Asset reference(s)

Printed: 07/10/2008 03:24 PM    V.10.03

**PART A**     FORM 4 - Distribution Report for Closed Asset Cases

Case No.   : 5530630803         Date Submitted: 07/10/08
Case Name : OKRAH, KWADWO ASAFO-AGYEI       Trustee Name  : GARY D. BOYN
Date Filed/Converted to Ch. 7 : 06/30/06

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $3,981.94 | 100.00% |
| Less:  Funds Paid to Debtor: |  |  |
|     Exemptions | 0.00 | 0.00% |
|     Excess Funds | 0.00 | 0.00% |
|     Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$3,981.94** | **100.00%** |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: |  |  |  |
|     Trustee Fees | $995.24 | $995.24 | 24.99% |
|     Trustee Expenses | 105.67 | 105.67 | 2.65% |
|     Legal Fees & Expenses: |  |  |  |
|         Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|         Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|         Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|         Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Accounting Fees & Expenses: |  |  |  |
|         Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|         Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|         Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|         Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|     Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|     Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|     Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|     Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|     Other Expenses | 0.00 | 0.00 | 0.00% |
|     Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|     Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|     U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|     Court Costs | 250.00 | 250.00 | 6.28% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $1,350.91 | $1,350.91 | 33.93% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)    (From attached Part B)** | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS 507(a)(1)(A) & (B) | 0.00 | 0.00 | 0.00% |
| WAGES 507(a)(4) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(1)(A) & (B), to 507(a)(3), to 507(a)(10)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $3,185.53 | $2,631.03 | 66.07% |
| **TOTAL DISBURSEMENTS** | **$4,536.44** | **$3,981.94** | **100.00%** |

**PART B**          **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.** : 5530630803                          **Date Submitted:** 07/10/08
**Case Name :** OKRAH, KWADWO ASAFO-AGYEI          **Trustee Name  :** GARY D. BOYN
**Date Filed/Converted to Ch. 7 :** 06/30/06

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |